No. 92–8648. PAYTON *v.* MAASS, SUPERINTENDENT, OREGON STATE PENITENTIARY. C. A. 9th Cir. Certiorari denied. ■

No. 92–8665. HEFLIN *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 92–8678. ROGERS *v.* COLLINS, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 92–8683. BLACK *v.* KIRKPATRICK ET AL. C. A. 9th Cir. Certiorari denied.

No. 92–8716. SEATON *v.* JABE, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 92–8735. WILLIAMS *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 92–8736. STANFIELD *v.* WASHINGTON. Ct. App. Wash. Certiorari denied.

No. 92–8740. FISHER *v.* OKLAHOMA. Ct. Crim. App. Okla. Certiorari denied.

No. 92–8742. NALBANTION *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 92–8745. MORRIS *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 92–8746. PAYNE *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 92–8747. WIRES *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 92–8748. DEMAR *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 92–8754. FRANCO-MUNOZ *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 92–8755. JONES, AKA WHITE *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.